# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-1760
LT Case No. 2016-CF-5817


BRANDEN BAILEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Branden Bailey, Bristol, pro se.

No Appearance for Appellee.

January 9, 2024


PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____